# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Scott Soga

                                  Plaintiff,

v.                                          Case No.: 1:17−cv−03411
                                                 Honorable Matthew F. Kennelly

Brennan Equipment Manufacturing, Inc., et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 31, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal, this case is dismissed with prejudice with each party bearing their own costs and attorneys' fees. The 9/5/2017 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.